UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 094559B

In Re:

Jason B. Pedersen
Cindy L. Pedersen a/k/a Cindy Stitt

Order Filed on January 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-29998-ABA

Hearing Date: December 8, 2020

Judge: Andrew B. Altenburg Jr.

Chapter 13

| Recommended Local Form | ☒ Followed | __ Modified |
|---|---|---|

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: January 21, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Lee Martin Perlman, Esquire |
| Property Involved ("Collateral"): | 137 Crown Prince Dr., Marlton, New Jersey 08053 |
| Relief Sought: | ☒  Motion for Relief From the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
    - ☒  The Debtor is overdue for one month, from December 1, 2020 .
    - ☒  The Debtor is overdue for one payment at $1,566.80 per month.
    - ☒  Less suspense balance of $733.63.
    
    Total Arrearages Due $833.17.

2. Debtor must cure all post-Petition arrearages as follows:
    - ☒  Beginning on January 1, 2021, regular monthly mortgage payments shall continue to be made in the amount of $1,566.80.
    - ☒  The Debtor shall tender a cure payment of $416.58 for the month of January 1, 2021 along with an additional cure payment of $416.59 for the month of February 1, 2001.

3. Payments to the Secured Creditor shall be made to the following address(es):
    - ☒  Regular monthly payments and Monthly cure payments:

        > Mr. Cooper
        > Attn:  Bankruptcy Department
        > PO Box 619094
        > Dallas, TX 75261-9741

4. In the event of Default:
    - ☒  If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the

Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5. Award of Attorney's Fees:

   ☒ The Applicant is awarded attorneys fees of $350.00, and costs of $181.00.

   The fees and costs are payable:

   ☒ through the Chapter 13 Plan.