UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 094559B

In Re:

Jason B. Pedersen
Cindy L. Pedersen a/k/a Cindy Stitt

Order Filed on August 31, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-29998-ABA

Hearing Date: August 17, 2021

Judge: Andrew B. Altenburg Jr.

Chapter 13

| Recommended Local Form | ☒ Followed | __ Modified |

# ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT AND/OR MOTION TO DISMISS WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: August 31, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Lee Martin Perlman, Esquire |
| Property Involved ("Collateral"): | 137 Crown Prince Dr., Marlton, New Jersey 08053 |
| Relief Sought: | ☒ Creditor's Certification of Default |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
    - ☒ The Debtor is overdue for two months, from July 1, 2021 to August 1, 2021.
    - ☒ The Debtor is overdue for two payments at $1,566.80 per month.
    - ☒ Less suspense balance of $173.03.
    
    Total Arrearages Due $2,690.57.

2. Debtor must cure all post-Petition arrearages as follows:
    - ☒ Beginning on September 1, 2021, regular monthly mortgage payments shall continue to be made in the amount of $1,566.80.
    - ☒ Beginning on September 1, 2021, additional monthly cure payments shall be made in the amount of $448.43 for five months along with an additional payment of $448.42 for the sixth month.

3. Payments to the Secured Creditor shall be made to the following address(es):
    - ☒ Regular monthly payment and Monthly cure payments:

        Mr. Cooper
        Attn: Bankruptcy Department
        PO Box 619094
        Dallas, TX 75261-9741

4. In the event of Default:
    ☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date

the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5. Award of Attorney's Fees:

☒ The Applicant is awarded attorneys fees of $200.

The fees and costs are payable:

☒ through the Chapter 13 Plan.