_____

**Rob Saltzman, Esquire**
**PLUESE, BECKER & SALTZMAN, LLC**
**Attorneys At Law**
**RS1765**
**20000 Horizon Way, Suite 900**
**Mt. Laurel, NJ 08054-4318**
**(856) 813-1700**
**Attorneys for the Mortgagee**
**File No. 094559B_ST_1**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| : | **CASE NO. 19-29998-ABA** |
| **In re:** |  |
| : | **CHAPTER   13** |
| Jason B. Pedersen |  |
| Cindy L. Pedersen a/k/a | : | **ENTRY OF APPEARANCE AND** |
| **Cindy Stitt** | **REQUEST FOR SERVICE** |
| : | **OF NOTICES, PLEADINGS, ETC.** |
| **Debtors** |  |
| : |  |

Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

| | |
|---|---|
| PLUESE, BECKER & SALTZMAN, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318<br><br> /s/ Rob Saltzman<br>Rob Saltzman, Esquire<br>Attorney for Secured Creditor,<br>Ajax Mortgage Loan Trust 2021-G, Mortgage-<br>Backed Securities, Series 2021-G, by U.S. Bank<br>National Association, as Indenture Trustee | Ajax Mortgage Loan Trust 2021-G, Mortgage-<br>Backed Securities, Series 2021-G, by U.S. Bank<br>National Association, as Indenture Trustee c/o<br>Gregory Funding LLC<br>PO Box 230579<br>Tigard, OR 97281 |

DATED:  August 31, 2021