Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.: 19−29998−ABA
                              Chapter: 13
                              Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jason B. Pedersen                                       Cindy L. Pedersen
   137 Crown Prince Dr                              aka Cindy Stitt
   Marlton, NJ 08053                                137 Crown Prince Dr
                                                      Marlton, NJ 08053

Social Security No.:
   xxx−xx−6039                                        xxx−xx−2824

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                 February 18, 2022
Time:                09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*49* – Certification in Opposition to (related document:48 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 01/21/2022. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Lee Martin Perlman on behalf of Cindy L. Pedersen, Jason B. Pedersen. (Perlman, Lee)

and transact such other business as may properly come before the meeting.


Dated: January 21, 2022
JAN:

                                                                                 Jeanne Naughton
                                                                                 Clerk