UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| IN RE: | CASE NO: 19-29998 ABA |
|---|---|
| JASON PEDERSEN<br>CINDY PEDERSEN | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 13<br>ECF Docket Reference No. 57<br>Judge: ABA<br>Hearing Location: Mitchell H. Cohen U.S. Courthouse 400 Cooper Street, 4th Floor Camden, N.J. 08101 Courtroom 4B<br>Hearing Date: 03/29/2022<br>Hearing Time: 10 am |

On 3/2/2022, I did cause a copy of the following documents, described below,

Motion to Vacate Dismissal ECF Docket Reference No. 57

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/2/2022

/s/ /s/ Lee M. Perlman
/s/ Lee M. Perlman

Law Offices of Lee M. Perlman
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856 751 4224

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:

JASON PEDERSEN
CINDY PEDERSEN

CASE NO: 19-29998 ABA

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 57
Judge: ABA
Hearing Location: Mitchell H. Cohen U.S. Courthouse 400
Cooper Street, 4th Floor Camden, N.J. 08101 Courtroom 4B
Hearing Date: 03/29/2022
Hearing Time: 10 am

On 3/2/2022, a copy of the following documents, described below,

Motion to Vacate Dismissal ECF Docket Reference No. 57

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/2/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
/s/ Lee M. Perlman
Law Offices of Lee M. Perlman
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL OR VIA ELECTRONIC.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE BEEN RECEIPTED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 19-29998 ABA
DISTRICT OF NEW JERSEY
WED MAR 2 10-49-16 PST 2022

AJAX MORTGAGE LOAN TRUST 2021G
MORTGAGEBA
PO BOX 230579
TIGARD   OR 97281-0579

NATIONSTAR MORTGAGE LLC DBA MR COOPER
PO BOX 619094
DALLAS   TX 75261-9094

EXCLUDE

US BANKRUPTCY COURT
401 MARKET STREET
CAMDEN   NJ 08102-1568

AESSUNTRUST
ATTN BANKRUPTCY
PO BOX 2461
HARRISBURG   PA 17105-2461

ATT MOBILITY
PO BOX 537104
ATLANTA   GA 30353-7104

AFNI
1310 MARTIN LUTHER KING DR
BLOOMINGTON   IL 61701-1465

AJAX MORTGAGE LOAN TRUST 2021G
CO GREGORY FUNDING LLC
PO BOX 742334
LOS ANGELES   CA 90074-2334

AJAX MORTGAGE LOAN TRUST 2021G
CO GREGORY FUNDING LLC
PO BOX 742334
LOS ANGELES   CA 90074-2334
AJAX MORTGAGE LOAN TRUST 2021-G
CO GREGORY FUNDING LLC   90074-2334

AMEX
CORRESPONDENCE
PO BOX 981540
EL PASO   TX 79998-1540

BANK OF AMERICA
4909 SAVARESE CIRCLE
FL1-908-01-50
TAMPA   FL 33634-2413

BANK OF AMERICA   NA
P O BOX 982284
EL PASO   TX 79998-2284

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY   UT 84130-0285

CAPITAL ONE
ATTN BANKRUPTCY
POB 30253
SALT LAKE CITY   UT 84130-0253

CAPITAL ONE
PO BOX 30253
SALT LAKE CITY   UT 84130-0253

CAPITAL ONE AUTO FINANCE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY   UT 84130-0285

CAPITAL ONE AUTO FINANCE   A DIVISION OF
AIS PORTFOLIO SERVICES   LP
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY   OK 73118-7901

CAPITAL ONE AUTO FINANCE   A DIVISION C
CAPI
PO BOX 4360
HOUSTON   TX 77210-4360

CAPITAL ONE BANK (USA)   NA
4515 N SANTA FE AVE
OKLAHOMA CITY   OK 73118-7901

CAPITAL ONEDRESS BARN
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY   UT 84130-0285

CAVALRY SPV I   LLC
500 SUMMIT LAKE DRIVE   STE 400
VALHALLA   NY 10595-2321

(P)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

ECMC
PO BOX 16408
ST PAUL   MN 55116-0408

(P)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

FEDERAL NATIONAL MORTGAGE ASSOCIATION
ATTN PLUESE  BECKER  SALTZMAN  LLC
20000 HORIZON WAY  STE 900
MOUNT LAUREL  NJ 08054-4318

FINGERHUT
6250 RIDGEWOOD RD
ST CLOUD  MN 56303-0820

GLELSISUN TRUST BANK
PO BOX 7860
MADISON  WI 53707-7860

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.  ** DENOTES A CHANGED ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SERVED VIA ELECTRONIC RECEIPT OF ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

IC SYSTEMS  INC
444 HIGHWAY 96 EAST
PO BOX 64378
ST PAUL  MN 55164-0378

MR COOPER
PO BOX 650783
DALLAS   TX 75265-0783

NATIONSTAR MORTGAGE LLC
ROB SALTZMAN
PLUESE  BECKER  SALTZMAN  LLC
20000 HORIZON WAY  SUITE 900
MT LAUREL  NJ 08054-4318

NATIONSTAR MORTGAGE LLC DBA MR COOPER
PO BOX 619096
DALLAS  TX 75261-9096

TARGET
CO FINANCIAL  RETAIL SERVICES
MAILSTOP BT PO BOX 9475
MINNEAPOLIS  MN 55440-9475

US TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK  NJ 07102-5235

VERIZON
VERIZON WIRELESS BK ADMIN
500 TECHNOLOGY DR STE 550
WELDON SPRINGS  MO 63304-2225

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CINDY L PEDERSEN
137 CROWN PRINCE DR
MARLTON  NJ 08053-1417

DEBTOR

ISABEL C BALBOA
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38 - SUITE 580
CHERRY HILL  NJ 08002-2977

JASON B PEDERSEN
137 CROWN PRINCE DR
MARLTON  NJ 08053-1417

LEE MARTIN PERLMAN
LEE M PERLMAN
1926 GREENTREE ROAD
SUITE 100
CHERRY HILL  NJ 08003-1100

ADDRESSES WHOSE ALIASES ARE PRESENT WERE SERVED VIA US MAIL SERVICE THROUGH THE UNITED STATES BANKRUPTCY
COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(U.S. Trustee)
U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

USTPRegion03.NE.ECF@usdoj.gov

(Debtor)
Jason B. Pedersen
137 Crown Prince Dr
Marlton, NJ 08053
represented by:
Lee Martin Perlman
Lee M. Perlman
1926 Greentree Road
Suite 100
Cherry Hill, NJ 08003

ecf@newjerseybankruptcy.com

(Joint Debtor)
Cindy L. Pedersen
137 Crown Prince Dr
Marlton, NJ 08053
represented by:
Lee Martin Perlman
Lee M. Perlman
1926 Greentree Road
Suite 100
Cherry Hill, NJ 08003

ecf@newjerseybankruptcy.com

Denise E. Carlon
KML Law Group, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106

dcarlon@kmllawgroup.com

(Creditor)
Nationstar Mortgage LLC d/b/a Mr.
Cooper
PO Box 619094
Dallas, TX 75261
represented by:
Robert P. Saltzman
Pluese, Becker & Saltzman, LLC
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318

dnj@pbslaw.org

(Trustee)
Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002
represented by:
Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

ecfmail@standingtrustee.com

(Creditor)
Ajax Mortgage Loan Trust 2021-G,
Mortgage-Backed Securities, Series
2021-G, by U.S. Bank National
Association, as Indenture Trustee c/o
Gregory Funding LLC
PO Box 230579
Tigard, OR 97281
represented by:
Robert P. Saltzman
Pluese, Becker & Saltzman, LLC
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318

dnj@pbslaw.org