Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−29998−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jason B. Pedersen
137 Crown Prince Dr
Marlton, NJ 08053

Cindy L. Pedersen
aka Cindy Stitt
137 Crown Prince Dr
Marlton, NJ 08053

Social Security No.:
xxx−xx−6039                                    xxx−xx−2824

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            August 23, 2022
Time:            10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*70* − Certification in Opposition to (related document:69 Creditor's Certification of Default (related document:23 Motion for Relief from Stay re: 137 Crown Prince Drive, Evesham Township, NJ 08053. Fee Amount $ 181. filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Robert P. Saltzman on behalf of Ajax Mortgage Loan Trust 2021−G, Mortgage−Backed Securities, Series 2021−G, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC. Objection deadline is 07/29/2022. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) ( Saltzman, Robert) filed by Creditor Ajax Mortgage Loan Trust 2021−G, Mortgage−Backed Securities, Series 2021−G, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC) filed by Lee Martin Perlman on behalf of Cindy L. Pedersen, Jason B. Pedersen. (Perlman, Lee)

and transact such other business as may properly come before the meeting.

Dated: July 29, 2022
JAN:

Jeanne Naughton
Clerk