Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19−29998−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Jason B. Pedersen                                         Cindy L. Pedersen
   137 Crown Prince Dr                                aka Cindy Stitt
   Marlton, NJ 08053                                   137 Crown Prince Dr
                                                          Marlton, NJ 08053

Social Security No.:
   xxx−xx−6039                                                 xxx−xx−2824

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on June 8, 2022.

    On 9/9/2022 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                October 12, 2022
Time:               10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: September 9, 2022
JAN:

                                                                                  Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-29998-ABA |
| Jason B. Pedersen | Chapter 13 |
| Cindy L. Pedersen | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 09, 2022 | Form ID: 185 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason B. Pedersen, Cindy L. Pedersen, 137 Crown Prince Dr, Marlton, NJ 08053-1417 |
| cr | + | Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed S, PO Box 230579, Tigard, OR 97281-0579 |
| 519298749 | | Ajax Mortgage Loan Trust 2021-G, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 519298750 | + | Ajax Mortgage Loan Trust 2021-G, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334, Ajax Mortgage Loan Trust 2021-G c/o Gregory Funding LLC 90074-2334 |
| 518526048 | + | Federal National Mortgage Association, Attn: Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Ste 900, Mount Laurel, NJ 08054-4318 |
| 518526050 | + | Glelsi/sun Trust Bank, Po Box 7860, Madison, WI 53707-7860 |
| 518546715 | | Nationstar Mortgage LLC, Rob Saltzman, PLUESE, BECKER & SALTZMAN, LLC, 20000 Horizon Way, Suite 900, Mt. Laurel, NJ 08054-4318 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2022 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2022 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 09 2022 20:26:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 518526033 | + | Email/Text: bncnotifications@pheaa.org | Sep 09 2022 20:26:00 | AES/Suntrust, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 518526036 | + | Email/Text: g20956@att.com | Sep 09 2022 20:26:00 | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 518526034 | + | Email/Text: EBNProcessing@afni.com | Sep 09 2022 20:26:00 | Afni, 1310 Martin Luther King Dr, Bloomington, IL 61701-1465 |
| 518526035 | + | Email/PDF: bncnotices@becket-lee.com | Sep 09 2022 20:29:28 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518526037 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 09 2022 20:25:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518614314 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 09 2022 20:26:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518526038 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2022 20:29:27 | Capital One, Attn: Bankruptcy, Pob 30253, Salt Lake City, UT 84130-0253 |
| 518526040 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2022 20:29:25 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518526039 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2022 20:29:18 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |

| Recip ID | | Notice Type | Sent Date | Name and Address |
|---|---|---|---|---|
| 518526044 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 09 2022 20:29:14 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518539782 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 09 2022 20:29:13 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518596179 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 09 2022 20:29:12 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518553044 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 09 2022 20:29:14 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518526045 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2022 20:29:11 | Capital One/Dress Barn, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518531594 | + | Email/Text: bankruptcy@cavps.com | Sep 09 2022 20:26:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518526046 | | Email/Text: mrdiscen@discover.com | Sep 09 2022 20:25:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518629298 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 09 2022 20:26:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 518526049 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 09 2022 20:26:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 518526051 | | Email/Text: Bankruptcy@ICSystem.com | Sep 09 2022 20:26:00 | IC Systems, Inc, 444 Highway 96 East, Po Box 64378, St Paul, MN 55164 |
| 518526052 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 09 2022 20:26:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 518631791 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 09 2022 20:26:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 518526053 | + | Email/Text: bncmail@w-legal.com | Sep 09 2022 20:26:00 | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 518526047 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 09 2022 20:26:00 | Elan Financial Service, Po Box 108, St Louis, MO 63166 |
| 518630008 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 09 2022 20:29:21 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518526054 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 09 2022 20:25:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518526041 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518526042 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518526043 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 11, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Debtor Jason B. Pedersen ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Joint Debtor Cindy L. Pedersen ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Robert P. Saltzman | on behalf of Creditor Ajax Mortgage Loan Trust 2021-G Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC dnj@pbslaw.org |
| Robert P. Saltzman | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dnj@pbslaw.org |
| Stuart H. West | on behalf of Creditor Ajax Mortgage Loan Trust 2021-G Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC swest@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9