UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STUART H. WEST, ESQUIRE
PLUESE, BECKER & SALTZMAN, LLC
Attorneys at Law
SW8474
20000 Horizon Way, Suite 900
Mount Laurel, NJ  08054
(856) 813-1700
Attorneys for the Mortgagee

Order Filed on September 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jason B. Pedersen
Cindy L. Pedersen

Case No.: 19-29998-ABA

Chapter: 13

Hearing Date: August 30, 2022

Judge: Andrew B. Altenburg Jr.

INTERIM ORDER
ADJOURNING CERTIFICATION OF DEFAULT
WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through __2__ is **ORDERED**.

**DATED: September 14, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtors: Jason B. Pedersen and Cindy L. Pedersen
Case No. 19-29998-ABA
<u>Caption of Order: Interim Order Adjourning Certification of Default with Conditions</u>

This matter having come before the Court on the Mortgagee's Certification of Default, the Debtors, by and through counsel, Law Office of Lee Martin Perlman, Cory Woerner, appearing, and the Mortgagee, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, by and through counsel, Pluese, Becker & Saltzman, LLC, Stuart H. West appearing, having been heard by the Court and the Court having reviewed the pleadings filed herein, and for good cause, IT is hereby, ORDERED as follows:

1. The Debtor must filed a Modified Plan to cure the post-Petition arrearage by September 9, 2022. The Mortgagee reserves its right to object to any Modified Plan.

2. If a Modified Plan is not filed by September 9, 2022, Stay Relief shall be granted upon the filing of Mortgagee's Certification of Default.

3. Debtor must make the September mortgage payment by September 9, 2022.

4. If the September payment is not made by September 9, 2022, Stay Relief shall be granted upon the filing of Mortgagee's Certification of Default.

5. If the Modified Plan and September's payment are timely made, the Secured Creditor's Certification of Default (Docket entry #69) shall be adjourned to the day of Confirmation.

6. Regular monthly mortgage payments going forward shall resume on October 1, 2022. If any such payments are not made on time, the Certification of Default (Docket entry #69) shall be moved up from the date of Confirmation to the next Motion day, upon filing of a Mortgagee's Certification.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 19-29998-ABA
Jason B. Pedersen                                                                       Chapter 13
Cindy L. Pedersen
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2
Date Rcvd: Sep 14, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2022:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Jason B. Pedersen, Cindy L. Pedersen, 137 Crown Prince Dr, Marlton, NJ 08053-1417

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2022 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon
     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
     ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Lee Martin Perlman
     on behalf of Debtor Jason B. Pedersen ecf@newjerseybankruptcy.com
     mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman
     on behalf of Joint Debtor Cindy L. Pedersen ecf@newjerseybankruptcy.com
     mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Sep 14, 2022 | Form ID: pdf903 | Total Noticed: 1

Robert P. Saltzman
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dnj@pbslaw.org

Robert P. Saltzman
    on behalf of Creditor Ajax Mortgage Loan Trust 2021-G  Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC dnj@pbslaw.org

Stuart H. West
    on behalf of Creditor Ajax Mortgage Loan Trust 2021-G  Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC swest@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9