UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
STUART H. WEST, ESQUIRE
PLUESE, BECKER & SALTZMAN, LLC
Attorneys at Law
SW8474
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054
(856) 813-1700

**Order Filed on September 20, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jason B. Pedersen
Cindy L. Pedersen
a/k/a Cindy Stitt

Case No.: 19-29998-ABA

Hearing Date: _____

Judge: Andrew B. Altenburg Jr.

Chapter: 13

| Recommended Local Form | ☒ Followed | ☐ Modified |

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 20, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of __Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee__, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

137 Crown Prince Drive, Evesham Township, NJ 08053

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that Rule 4001(a)(3) is waived, so that relief from the Automatic Stay is effective immediately

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/18*