**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jason B. Pedersen<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–6039<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Cindy L. Pedersen<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–2824<br>EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   19–29998–ABA

# Order of Discharge                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Jason B. Pedersen                                    Cindy L. Pedersen
                                                                              aka Cindy Stitt

5/30/24                                          **By the court:** Andrew B. Altenburg Jr.
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-29998-ABA
Jason B. Pedersen  Chapter 13
Cindy L. Pedersen
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: May 30, 2024      Form ID: 3180W      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason B. Pedersen, Cindy L. Pedersen, 137 Crown Prince Dr, Marlton, NJ 08053-1417 |
| cr | + | Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed S, PO Box 230579, Tigard, OR 97281-0579 |
| 518526036 | + | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 518526048 | + | Federal National Mortgage Association, Attn: Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Ste 900, Mount Laurel, NJ 08054-4318 |
| 518526050 | + | Glelsi/sun Trust Bank, Po Box 7860, Madison, WI 53707-7860 |
| 518546715 | | Nationstar Mortgage LLC, Rob Saltzman, PLUESE, BECKER & SALTZMAN, LLC, 20000 Horizon Way, Suite 900, Mt. Laurel, NJ 08054-4318 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 30 2024 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 30 2024 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | May 30 2024 21:14:47 | Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed S, PO Box 230579, Tigard, OR 97281-0579 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | May 30 2024 20:46:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 518526033 | + | Email/Text: bncnotifications@pheaa.org | May 30 2024 20:46:00 | AES/Suntrust, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 518526034 | + | Email/Text: EBNProcessing@afni.com | May 30 2024 20:47:00 | Afni, 1310 Martin Luther King Dr, Bloomington, IL 61701-1465 |
| 519298749 | ^ | MEBN | May 30 2024 21:14:52 | Ajax Mortgage Loan Trust 2021-G, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 519298750 | ^ | MEBN | May 30 2024 21:14:52 | Ajax Mortgage Loan Trust 2021-G, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334, Ajax Mortgage Loan Trust 2021-G, c/o Gregory Funding LLC 90074-2334 |
| 518526035 | + | Email/PDF: bncnotices@becket-lee.com | May 30 2024 20:59:08 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518526037 | + | EDI: BANKAMER | May 31 2024 00:40:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518614314 | + | EDI: BANKAMER2 | May 31 2024 00:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |

Case 19-29998-ABA   Doc 96   Filed 06/01/24   Entered 06/02/24 00:13:31   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 30, 2024 | Form ID: 3180W | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518526038 | + | EDI: CAPITALONE.COM | May 31 2024 00:40:00 | Capital One, Attn: Bankruptcy, Pob 30253, Salt Lake City, UT 84130-0253 |
| 518526040 | + | EDI: CAPITALONE.COM | May 31 2024 00:40:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518526039 | + | EDI: CAPITALONE.COM | May 31 2024 00:40:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518526044 | + | EDI: CAPONEAUTO.COM | May 31 2024 00:40:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518539782 | + | EDI: AISACG.COM | May 31 2024 00:40:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518596179 | + | EDI: AISACG.COM | May 31 2024 00:40:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518553044 | + | EDI: AIS.COM | May 31 2024 00:40:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518526045 | + | EDI: CAPITALONE.COM | May 31 2024 00:40:00 | Capital One/Dress Barn, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518531594 | + | Email/Text: bankruptcy@cavps.com | May 30 2024 20:47:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518526046 | | EDI: DISCOVER | May 31 2024 00:40:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518629298 | | Email/Text: ECMCBKNotices@ecmc.org | May 30 2024 20:47:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 518526049 | + | EDI: BLUESTEM | May 31 2024 00:40:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 518526051 | + | EDI: LCIICSYSTEM | May 31 2024 00:40:00 | IC Systems, Inc, 444 Highway 96 East, Po Box 64378, St Paul, MN 55164-0378 |
| 518526052 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 30 2024 20:46:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 518631791 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 30 2024 20:46:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 518526053 | + | EDI: WTRRNBANK.COM | May 31 2024 00:40:00 | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 518526047 | | EDI: USBANKARS.COM | May 31 2024 00:40:00 | Elan Financial Service, Po Box 108, St Louis, MO 63166 |
| 518630008 | + | EDI: AIS.COM | May 31 2024 00:40:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518526054 | + | EDI: VERIZONCOMB.COM | May 31 2024 00:40:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518526041 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518526042 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518526043 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: May 30, 2024 | Form ID: 3180W | Total Noticed: 35

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Debtor Jason B. Pedersen ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Joint Debtor Cindy L. Pedersen ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Robert P. Saltzman | on behalf of Creditor Ajax Mortgage Loan Trust 2021-G  Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC dnj@pbslaw.org |
| Robert P. Saltzman | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dnj@pbslaw.org |
| Stuart H. West | on behalf of Creditor Ajax Mortgage Loan Trust 2021-G  Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC swest@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10